UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

RAHUL LNU,
Petitioner,
v.
IMMIGRATION CUSTOM AND ENFORCEMENT, ICE,
Respondent.

Case No. 5:26-cv-04656-SSC

JUDGMENT

Pursuant to the Order filed concurrently herewith, **IT IS ADJUDGED** that:

1. The petition is granted.
2. Respondent is ordered to release **Rahul Lnu (A# 246-248-145)** from custody immediately under conditions of supervision found to be appropriate by the decisionmaker.
3. The Clerk of Court is directed to close this case.

DATED: August 31, 2026

HONORABLE STEPHANIE S. CHRISTENSEN
UNITED STATES MAGISTRATE JUDGE